UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>A. RANDOLPH, et al.,<br><br>　　　Defendants. | Case No.  1:19-cv-0735-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO OPTOUT OF THE ADR PROJECT;**<br><br>**ORDER LIFTING STAY; AND**<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER**<br><br>**(Doc. 22)** |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff brings a First Amendment retaliation claim against Correctional Officers Rodriguez,  Randolph, and Burnes, and a Fourteenth Amendment Due Process claim against Rodriguez and Randolph. On October 14, 2020, defendants filed a motion to opt out of the post-screening ADR project.  After reviewing the motion, the Court finds good cause to grant defendants' motion. Accordingly, the Court **ORDERS** as follows:

　　　1. Defendants' motion to opt out (Doc. 22) is **GRANTED**, and the stay of this action is **LIFTED**;

///
///
///

1

2. The Clerk of Court is directed to issue a Discovery and Scheduling Order in this case.

IT IS SO ORDERED.

Dated:     **October 14, 2020**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE