# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. RANDOLPH, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-0735-NONE-JLT (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO TERM PENDING MOTIONS AND TO CLOSE CASE** |

　　　　Plaintiff has filed a notice of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Defendants have filed an answer and recently filed a motion for summary judgment for failure to exhaust administrative remedies. In response to plaintiff's notice, they have also filed a statement of non-opposition. Because defendants stipulate to the dismissal, the dismissal does not require court order. Accordingly, the Clerk of Court is directed to term all pending motions and to close this case.

IT IS SO ORDERED.

　　Dated:　**February 3, 2021**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1